NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

IN RE: AFFINITY LABS OF TEXAS, LLC,
*Appellant*

_____

2016-1756

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,281.

_____

**JUDGMENT**

_____

RYAN MICHAEL SCHULTZ, Robins Kaplan LLP, Minneapolis, MN, argued for appellant. Also represented by WILLIAM MANSKE.

ROBERT MCBRIDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by NATHAN K. KELLEY, JOSEPH MATAL, SCOTT WEIDENFELLER, BRIAN RACILLA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MAYER and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 17, 2017                           /s/ Peter R. Marksteiner
Date                                          Peter R. Marksteiner
                                                  Clerk of Court